EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney
District of Hawaii

CHRIS A. THOMAS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 4 2002

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00288 DAE |
| | ) | |
| Plaintiff, | ) | SUPERSEDING INDICTMENT |
| | ) | |
| vs. | ) | [21 U.S.C. §§ 841 |
| | ) | and 18 U.S.C. § 2] |
| LAMBERT APO, (01) | ) | |
| MALCOLM HIRAKAWA, (02) | ) | |
| HARRY NAKAGAWA, (03) | ) | |
| JASON KUROSAWA, and (04) | ) | |
| JERI-ANN LEWIS, (05) | ) | |
| | ) | |
| Defendants. | ) | |

SUPERSEDING INDICTMENT

Count 1:

The Grand Jury charges:

On or about January 15, 2002, in the District of

Hawaii, **LAMBERT APO**, **HARRY NAKAGAWA**, and **JASON KUROSAWA**, did

knowingly and intentionally possess, with intent to distribute,

and distribute, in excess of fifty (50) grams of methamphetamine,
its salts, isomers and salts of its isomers, a Schedule II
controlled substance, in violation of Title 21, United States
Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18 United
States Code Section 2.

<u>Count 2</u>:

The Grand Jury further charges:

On or about January 30, 2002, in the District of
Hawaii, **LAMBERT APO** and **MALCOLM HIRAKAWA**, did knowingly and
intentionally possess, with intent to distribute, and distribute,
in excess of five (5) grams of methamphetamine, its salts,
isomers and salts of its isomers, a Schedule II controlled
substance, in violation of Title 21, United States Code, Sections
841(a)(1) and 841(b)(1)(A) and Title 18 United States Code
Section 2.

<u>Count 3</u>:

The Grand Jury further charges:

On or about February 22, 2002, in the District of
Hawaii, **LAMBERT APO**, **JERI-ANN LEWIS** and **HARRY NAKAGAWA**, did
knowingly and intentionally possess, with intent to distribute,
and distribute, in excess of five (5) grams of methamphetamine,
its salts, isomers and salts of its isomers, a Schedule II
controlled substance, in violation of Title 21, United States

2

841(a)(1) and 841(b)(1)(B) and Title 18 United States Code

Section 2.

DATED:  Honolulu, Hawaii, _August 14, 2002_____.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
ELLIOT ENOKI
First Assistant U.S. Attorney


_____
CHRIS A. THOMAS
Assistant U.S. Attorney


United States v. Lambert Apo, et al.
"Superseding Indictment"
Cr. No. 02-00288 DAE

3