RANDY OYAMA, #5767
Attorney at Law
888 Mililani Street, PH2
Honolulu, Hawai'i 96813
Telephone: 521-9840

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 02-00288-03 DAE |
|---|---|
| Plaintiff, | ) DEFENDANT HARRY NAKAGAWA'S |
| | ) SENTENCING MEMORANDUM; |
| vs. | ) CERTIFICATE OF SERVICE |
| HARRY NAKAGAWA (03), | ) Sentencing Date: May 29, 2007 |
| Defendant. | ) Judge David Alan Ezra |

**DEFENDANT HARRY NAKAGAWA'S SENTENCING MEMORANDUM**

Defendant HARRY NAKAGAWA, by and through counsel, Randy Oyama, Esq., hereby submits the following Sentencing Memorandum in support of Defendant Harry Nakagawa.

On January 9, 2003, Defendant Harry Nakagawa pled guilty before U.S. Magistrate Judge Leslie E. Kobayashi. Judge David Alan Ezra filed an Acceptance of Plea of Guilty, Adjudication of Guilt and Notice of Sentencing on February 24, 2003. The instant sentencing date of May 29, 2007 is fifty one months (four years three months) after the original sentencing date of February 24, 2003.

The 51 month delay in Defendant's sentencing was a direct

result of his cooperation with the government. Pursuant to his cooperation agreement, Defendant was prepared to testify in the expected trial of co-conspirator Jeri-Ann Lewis. Defendant Lewis' trial, however, was delayed many times. Each delay in Lewis' trial necessitated a continuance of Defendant Nakagawa's sentencing hearing.

The repeated delaying of his sentencing has caused actual prejudice to Defendant Nakagawa, who is on bail pending his sentencing. Every time that his sentence was continued, Defendant's ultimate release date from incarceration was also extended. Had Defendant been sentenced on February 24, 2003 as originally scheduled, he would have already served approximately 51 months of his sentence.

For the past 51 months, Defendant has made great strides towards living a productive and drug free lifestyle. While it is true that Defendant relapsed early in his treatment back in 2003, Defendant has since completed the Salvation Army Treatment Program and has been gainfully employed by Reynolds Recycling.

Defendant Nakagawa is therefore humbly requesting that the court consider the prejudice suffered by Defendant as a result of his cooperation and remedy the situation by giving him credit for the time from his original sentencing date of July 21, 2003, to May 25, 2007, for a total of fifty-one (51) months and twenty-three (23) days. Such a credit would allow Defendant Nakagawa

the opportunity to be ultimately released at a time comperable to that which he would have had he been sentence in February of 2003

Based upon the foregoing Defendant respectfully requests that his sentence be reduced by fifty-one (51) months and twenty-three (23) days after determining the appropriate guideline range and considering his 5K1.1 downward departure.

DATED: Honolulu, Hawai'i, May 24, 2007.

_____
RANDY OYAMA
Attorney for Defendant
HARRY NAKAGAWA

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant Harry Nakagawa's Sentencing Memorandum will be served upon the following party (ies) upon the filing hereof by:

[X]   Hand-Delivery,   or   [ ] U.S. mail:

CHRIS A. THOMAS
ASSISTANT U.S. ATTORNEY
RM. 6-100, Box 50183
Honolulu, Hawaii 96850

ROSANNE T. DONOHOE
United States Probation Officer
300 Ala Moana Blvd., Room C-110
P. O. Box 50111
Honolulu, Hawaii 96850-0001

DATED: Honolulu, Hawaii, May 24, 2007.

_____
RANDY OYAMA
Attorney for Defendant
HARRY NAKAGAWA