# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00288DAE |
| CASE NAME: | USA v. (03)Harry Nakagawa |
| ATTYS FOR PLA: | Chris Thomas |
| ATTYS FOR DEFT: | (03)Randall Oyama |
| USPO: | Rosanne Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 05/29/2007 | TIME: | 11:15am-11:20am(m/d) 11:20am-11:30am(sent) |

COURT ACTION:  EP:  Sentencing to Counts 1 and 3 of the First Superseding Indictment as to Defendant (03)Harry Nakagawa. Government's Motion for Downward Departure.

Defendant (03)Harry Nakagawa present, not in custody.

Safety valve applies.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (03)Harry Nakagawa.

SENTENCE:

Imprisonment:   36 MONTHS, as to each of Counts 1 and 3 of the Superseding Indictment, with all such terms to run concurrently

Supervised Release:   5 YEARS, as to each of Counts 1 and 3 of the Superseding Indictment, with all such terms to run concurrently

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $200.00. No fine.

JUDICIAL RECOMMENDATIONS: 1) Sheridan, OR. Prison Camp. 2) Lompoc, CA. Prison Camp. 500 hour drug treatment program.

Defendant advised of his right to appeal.

Mittimus is stayed until 7/23/2007

Defendant to self-surrender @2:00 p.m. on 7/23/2007 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager