

ORIGINAL

RANDY OYAMA, #5767
Attorney at Law
888 Mililani Street, PH2
Honolulu, Hawaii 96813
Telephone: 521-9840

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 23 2007

at 11 o'clock and 40 min. A.M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00288-03 DAE |
| Plaintiff, ) | STIPULATION TO EXTEND DEFENDANT'S SELF-SURRENDER DATE |
| vs. ) | |
| HARRY NAKAGAWA (03), ) | Self-Surrender Date July 23, 2007 |
| Defendant. ) | |

LODGED

JUL 20 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

**STIPULATION TO EXTEND DEFENDANT'S SELF-SURRENDER DATE**

IT IS HEREBY STIPULATED and AGREED between the parties, through their undersigned counsels that Defendant Harry Nakagawa's self-surrender date currently set for July 23, 2007 be extended to August 6, 2007, as no designation has been made on Defendant's behalf.

DATED: Honolulu, Hawaii, JUL 23 2007.

STIPULATED AND AGREED:

CHRIS A. THOMAS
Assistant U.S. Attorney

_____
RANDY OYAMA
Attorney for Defendant
HARRY NAKAGAWA


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF HAWAII

United States of America, Plaintiff, v. Harry Nakagawa, Defendant,
Cr. No. 02-00288-03 DAE
STIPULATION TO EXTEND DEFENDANT'S SELF-SURRENDER DATE

2