w/ Financial

AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:      1:02CR00288-003  DAE                    Judgment - Page 2 of 6
DEFENDANT:        HARRY NAKAGAWA

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 36 MONTHS

This term consists of THIRTY-SIX(36)MONTHS, as to each of Counts 1 and 3, with all such terms to run concurrently

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      1) Sheridan, OR. Prison Camp.  2) Lompoc, CA. Prison Camp.  500 hour drug treatment program.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2007

at 9 o'clock and 10 min.
SUE BEITIA, CLERK

[✔]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [✔] before 2:00pm, local time  on 7/23/2007.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

V/S to FPC Sheridan, Oregon on 08-06-07

Defendant delivered on  8-14-07  to  FPC Sheridan
at  Sheridan, Oregon , with a certified copy of this judgment.

Charles A. Daniels, Warden
~~UNITED STATES MARSHAL~~

By  Derek Pretter , LTE
    ~~Deputy~~ U.S. Marshal